IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOUR NAME, Bella Ortiz-Pizarro

Plaintiff Bella Ortiz-Pizarro/strus

v. sBella Vista Hospital
~~San Antonio Hospital~~ (BD)
San Antonio Hospital

DEFENDANT(S) NAME(S), Juan Carlos Jimenez Cruz

Defendant(s)

CIVIL NO. 15-CV-1394 (SEC)

RECEIVED AND FILED
2015 APR 14 PM 2:5[?]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## COMPLAINT

I. Statement of Jurisdiction

Explain the basis or reason your case is being filed in this federal court. Because I am a citizen of N.Y.C. & this violates my constitutional rights.

II. Statement of the Parties

List the name and address of each plaintiff and defendant in separate paragraphs. see attached

III. Statement of Claim(s) disfigurement in abdominal c-section surgery + heart meds on my 1 year old daughter

State the claims or allegations that you are making against the defendant(s). Place each allegation in a short, clearly-written paragraph.

IV. Statement of Relief

State what relief you are seeking from the court. This can be money or something you want the judge to make the defendant do or stop doing. This information is usually written in the last paragraph of the complaint. I am seeking 34.3 million dollars awarded to me

V. Jury Demand

  If you believe you are entitled to a trial by jury, you must so indicate in a separate paragraph following the Statement of Relief.

Date:

Signature: Bella O P Pizarro
Your Signature
Name typed or printed
Address 2439 West 2nd St.
Telephone Number 917 549-8887
Facsimile Number
e-Mail Address bella.pizarro@gmail.com

rev. 02/2010

3/26/2015

I Bella Ortiz am motioning to file a Federal Law suit against
Bella Vista Hospital
Juan Carlos Jimenez Cruz
and ~~Owen Quinntana~~ Hospital.
San Antonio Hospital

Reasons - I live in the states but had surgery in Puerto Rico

My lawyers are:

Sames Velez -
Felix Villanueva
Israel Roldand -

All whom took my money but never filed for a docket number in the Federal district court. I would also request A fee waiver to submit these forms and criminal charges be brought against these lawyers

Sincerely,
Bella Ortiz
Pizarro
Bella J. Ortiz Pizarro 3/26/2015

→

Bella Vista Hospital
P.O. Box 1750 Mayaguez, P.R. 00681-1750
Tel: 787-834-2350

San Antonio: Ramon E. Betances 18
(78) 834-0050 Norte Mayaguez, P.R. 00681

ob/gyn
Juan Carlos Jimenez Cruz
787 833-2256
res. 787-832-7901
Medical Emporium ste. 307
Ave Hostos 351
Mayaguez, P.R. 00680

*Bella J Ortiz-Pizarro*

April 1 st 2013-Monday-Bella Elizabeth Strus was Born. In Bella Vista Hospital via c-section.

Juan Carlos Jimenez Cruz Attending Ob/GYN- performed c-secttion, sterilization, illegal abdominal plaastics.

Miguel Rivera Attending pediatrician.

Bella E. Strus was born with Jaundice under doctors recommendations I remained at the hospital for a week.

During my stay c-section/abdominal plastic surgery opens u twice while i was in the hospital.

Ob/GYN- Juan Jimenez Cruz- tells me to keep t secure with a girdle. ( Faja). I followed his orders.

4/07/2013 I was discharged from the hospital.

I informed Doctor Jimenez that the surgical site kept opning up..

I revisited Bella Vista Hospital with-in the following two weeks post op because the operating site kept opening.19 times since he initial discharge.

4/11-23/2013- Doctor Jimenez attempted to drain the abdominal wall in Bella Vista ER. With a long needle. Due to the fact that the abdominal cavity opened so much post-op calcium deposits built up. So although some drainage was possible Doctor Jimenez could not stop the initial incision site from opening up.

Incision site was from hip bone to hip bone.

04/23-30/2013- I went to Bella Vista Scar Wound Clinic.

They called Doctor Jimenez and informed him that he needed to come immediately. The wound site was so big from the "attempted failed" abdominal Plastic that doctor Jimenez attempted to perform on me that as the wound site attempted to heal each time re-opened because of the weight of the calcium deposits building forming because air hit the incision area. In an attempt for the body to heal itself, However the calcium deposits and the weight of the upper abdomen being disfigured y Juan Jimenez weighted too much on the site not allowing it to heal properly.

Calcium is the boodies natural defense to heal up an area that is not suppose to be exposed to air. It is also very heavy. On top of that the skin and tissue from my abdomen pressing down on it was unsuccessful attempt on Doctor Juan Carlos Jiimenez's Cruz part ttp seal the incision site.

04/30-05/4-2013- Juan Carlos Jimenez Cruz realized then I feel as though he made a mistake. He told me Not to come to the E.R. until that Friday 05/03/2013- Doctor Jimenez told me to walk in to BV E.R.to complain of pain. He would Immediately note when I was their and prepare the O.R. for me to do a second corrective surgery of my abdomen.

Based on my medical knowledge, he attempted to remove the new hardened calcium deposits that had developed on my left side cut more tissue from my abdomen. Then unbeknownst to me he attempted a 2nd abdominal plastic. Removing my entire belly button was not there. It was replaced by three pin sized holes. My stomach was completely disfigured. I had a right drainage pouch on my right side. I remember being in so much pain. I cried and told him that it hurt so much. So badly. He said" He would remove the pouch the following day."

05/05-15/2013-

I wasn't able to eat- I had Diarrhea and at this point Juan Carlos Jimenez Cruz told me that he would come to my home from now on to check on me AND TO give me medication.

For me Not to go to the E.R. anymore, for risk of infection and germs.

05/15-30/2013- My pin sized 3 belly buttos one he chose the largest of the three to be my belly button he said it would close , I said Juan , there is something wrong. It's not healing properly.

06/01-05, 6/2013-Juan Jimenez was bringing me medicine for pain and suddenly stopped. At the pharmacy hey suggested I go on Tramadol 50 MG. for pain.

At this point Dr. Jimenez frequented my house and my children began to call him Juan. He would take my daughter to summer camp every day.

06-6-30/06-2013-

Juan asked me if I was on any other medication, I told him yes, just Tramadol and Adderall for my ADHD. He told me that the incision site should not be hurting me anymore. It was around this time frame and Juan jimenez that we began expressing feelings for eachother.

We would text all day. He explained that he was married but separated for two years now. This is why everyone keeps telling you that I am married but they don't know what is really going on wth my marriage. He said he was married 3x's over. And that he lived in B.V. but he had the Mjority of his things still in his ex-wives house due to his daughter to make her think everything is still ok. However that he stays in his house in Rincon or at a room he rents from a friend Edwin in B.V..

07/1-30, 07/2013 We began dating.  I then noticed a growth on my daughters neck. I was breast feeding her at the time. He sends me for blood work.

I have MRSA.

He told me my surgical wounds weren't helaing because I caught MRSA during surgery and passed it to my daughter while breast feeding. He went away during this month but gave me MRSA medication.

08/1-30/2013

The growth on my daughter's neck grew, I also on Juan's dictation enrolled into Nursing school. @ CEM. I was also moving but very upset Juan wasn't physically around. I couldn't underastand if we were dating why he would leave me to go on a vacation. And if we we were already intimate with each other.  He Paid for my daughters to go to BV academy my son but left.

My daughters were shortly kicked out of BV when they found out him and I were seeing each other. So was my son. On false pretenses. I then had to send my daughters to live with their father temporarily until I dealt with my medical issues regarding my daughter and myself.

08/1-30/08/2013, The baby had surgery in SAN ANTONIO HOSPITAL. To remove a cyst like tumor growing in her neck.

Doctor Duran was the performing surgeon.

I removed her from Doc. Olga Rodriguezs care and made dr. veiqueira her new pediatrician.I told Dr.Vequeira everything that happened between Juan and I. He shook his head. Juan came to the hospital when the baby had surgery. So did his wife Vilma. I thought at the time Vilma knew of me and was cool with the divorce I thought she came simply because it was a Christian act and plus I am her ex husbands soon to be new wife according to Juan. Because He proposed to me. I was so wrong.

09/15/2013-10/2013-

Juan promised me he would send me to a real plastic surgeon.

To repair my stomach he said this on severl occasions. He even told me to meet him at Perea Hospital on October 3,2013. I didn't hear ffrom him in a week. I show up at Perea.He tells me not to sign anything that he would be there in a few minutes to explain.  He tells me to meet him downstairs and

says he cant perform surgery on me with his plastic surgeon friend because his wife is at tribunal getting an order of protection against me and him.

I was very confused and asked him why? He said she was crazy and became insanely jealous and wanted him back.

He said let me finish this and straighten this out. I didn't wait. I went to tribunal the following day and filed a rebbuttle. Not even receiving the initial order of protection yet all I did was tell the truth.

Oct 05 2013-

Juan keeps asking me f I signed anything in the O.R. at Perea I assure him no, he writes me a script and some money and says that he will be in touch.

I get a lawyer-

James

Nov. 2013-

We go to court. His wife hates me. All of a sudden. I am really not sure why? She's crying. A lot. She sees I brought my own lawyer and drops the charges. Juan never shows. Her brother Vilma's brother carlos is representing them and says that Juan had an affair with me. That hurts. All I was to him is an affair?

Nov 25th 2013- dec 2013- I try to get a malpractice attorney. My lawyer James at the time says he would take on the case but doesn't. I went to a few lawyers now no one would help me. Not even Mayaguez police. I find Felix Villanueva.

Dec 1st 2013- dec 20th 2013- Juan comes out of no where and says he is so sorry takes me shopping I tell him that I failed this semester with school. Why dd he tell me to go back to school if all this was going to happen.

He pays for my car title loan and asks me to go away for the holidays. Hee would pay.

I say no.

Jan 1st,- Feb 2014 Juan starts getting really jealous towards me he doesn't like that Bellitas father is coming into town.

I temporarily move to Isabela to rent out a friends condo. To get away.

I kick Juan out of my house.

Neighbors report he kept shwing up asking for me.

He had a copy of my keys he enetered the house in Mayaguez.

Juan is acting crazy.

Proposes to me.

March 16th Bellas father flies into PR. And speaks with lawyer questioning him why he hasn't sent out paper work to tribunal yet on behalf of my case?

Right before staue of limitatoons runs out Villanueva sends out paperwork.

April 1st 2014-Bellita her father and I spend Bellas bday together. He leaves 4 days after. April 15,2014

April 30th 2014th I get on Villanueva about my case.

May- June 2014- fly to nyc for my sisters wedding. See a doctor for pain magmt in Beth Israel hospital in bklyn nyc. He writes me a script and says that he believes that my pain is stemmed from a bad surgery sewing my intestines with my skin. Hence why I am not eating and in a lot of pain.

He discharges me.

08/2014 I pay Israel Roland A new attorney on the case. 2,300.

For his services.

09/2014- Israel tells me after two meetings that I may persue this case on a federal level. But that I must leave Puerto Rico. He took all of my money and said all the original documents of my records AND MY DAUGHTERS MUST REMAIN WITH HIM AS WELL AS ALL THE RECORDS WE BROUGHT HIM OF OUR LAST ATTORNEY ELIX VILLANUEVA. All the post marked mail must remain with him in order to persue this on a federal level.

Also that my daughter has loops in her intestine and a mass in her heart. Take her for medical screening. Oscar his asst. told me this. Nd that san Antonio knew all this time but never told me.

11/28/2014 I leave Puerto rico.

Before I fly out a sequence of strange events occur. My daughter gets sick- so I bring her to San Antonio, they release me then change their ind to keep me. I leave anyway against doctors orders go to Isabela get a second opinion on my daughter and fly out even though doctor vequiera is texting me that he has issued an amber alert against me.

Nov 28 2014 I LAND IN nj NO WWORD FROM LAWYER,

01/2015- IN BROKLYN NYC. DOCTORS APPTS CONFIRM MALPRACTICE DONE TO ME AT CONEY ISLAND HOSPITAL REF'S FOR GEN SURGEON AND RECONSTRUCTIVE SURGERY GIVEN.

CONTACT fbi AND FEDERAL COURT,

Fbi tells me to write a detailed description of the events leading up to this. Thank you AlexANDRIA.

I attest under penalty of perjury that to the best of my knowledge all that I said is to be true.

Bella Jaime Ortiz Pizarro

*Bella Jaime Ortiz Pizarro* — 3/4/2015

3/4/15

RAMON A NUNEZ
Notary Public - State of New York
NO. 01NU6078924
Qualified in Queens County
My Commission Expires Aug 12, 2018